**Order filed, April 08, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00824-CV
_____

**TAMIMI GLOBAL COMPANY, LTD, Appellant**

**V.**

**KELLOGG BROWN & ROOT, L.L.C., KELLOGG BROWN & ROOT INTERNATIONAL, INC., AND KELLOGG BROWN & ROOT SERVICES, INC., Appellee**

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-50630**

---

## ORDER

The reporter's record in this case was due **March 20, 2014**. _See_ Tex. R. App. P. 35.1. On **March 31, 2014, Gina Wilburn** attempted to file the record which was rejected because it was not bookmarked. The court has not received a request to extend time for filing the record. The record has not been filed with the

court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Gina Wilburn**, the official court reporter, to file the corrected record in this appeal **within 10 days** of the date of this order.

PER CURIAM